FILED by ___ D.C.

Feb 12, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20097-CR-KING/TORRES
_____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 982(a)(2)(B)
21 U.S.C. § 853
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

JOSE RICARDO TORRES
and OSCAR ARNALDO TORRES,

  Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Access Device Fraud
### (18 U.S.C. § 1029(b)(2))

From on or about January 12, 2016, through on or about January 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JOSE RICARDO TORRES
and OSCAR ARNALDO TORRES,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a)(2), that is, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card account numbers issued in the name of other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about January 12, 2016, a conspirator used the name, date of birth, and social security number of "J.C.," without his/her knowledge and authority, to open USAA credit card accounts ending in 2428 and 7417.

2. On or about January 17, 2016, **JOSE RICARDO TORRES** used USAA credit card account number ending in 2428 issued in the name of "J.C." to purchase one (1) Apple iMac for approximately $2,106.82, at a Best Buy store in Miami-Dade County, Florida.

3. On or about January 17, 2016, **JOSE RICARDO TORRES** used USAA credit card account number ending in 2428 issued in the name of "J.C." to purchase one (1) Movado watch and one (1) Gucci leather bag for approximately $2,241.65, at a Saks Fifth Avenue store in Miami-Dade County, Florida.

4. On or about January 17, 2016, **JOSE RICARDO TORRES** used USAA credit card account number ending in 2428 issued in the name of "J.C." to purchase one (1) pair of Gucci shoes for approximately $727.60, at a Saks Fifth Avenue store in Miami-Dade County, Florida.

5. On or about January 19, 2016, **JOSE RICARDO TORRES** used USAA credit card account number ending in 2428 issued in the name of "J.C." to purchase three (3) Apple MacBook Pros and three (3) Apple iPad Pros for approximately $7,543.44, at a Best Buy store in Miami-Dade County, Florida.

6. On or about January 19, 2016, **OSCAR ARNALDO TORRES** maintained possession of USAA credit card ending in 7417 issued in the name of "J.C."

7. On or about January 19, 2016, **OSCAR ARNALDO TORRES** maintained in his possession receipts of items purchased, consisting of one (1) Movado watch, one (1) Gucci leather bag, and one (1) pair of Gucci shoes, using USAA credit card account number ending in 2428 issued in the name of "J.C." from a Saks Fifth Avenue Store located in Miami-Dade County, Florida.

8. On or about January 19, 2016, **OSCAR ARNALDO TORRES** maintained possession of one (1) Apple iMac, which was purchased using USAA credit card account ending in 2428 issued in the name of "J.C."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Access Device Fraud
### (18 U.S.C. § 1029(a)(2))

Beginning on or about January 17, 2016, through on or about January 19, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE RICARDO TORRES
and OSCAR ARNALDO TORRES,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card numbers issued in the name of other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNTS 3-4
### (Aggravated Identity Theft)
### 18 U.S.C. § 1028A(a)(1)

On or about the dates enumerated as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE RICARDO TORRES
and OSCAR ARNALDO TORRES,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating and agreeing with each other, and with other persons known and unknown to the grand jury, to commit violations of Title 18, United States Code, Section 1029(a)(2), as charged in Count 1 of this Indictment, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

4

| Count | Defendant | Approximate Date | Means of Identification |
|---|---|---|---|
| 3 | JOSE RICARDO TORRES | January 19, 2016 | Account number ending in 2428 issued in the name of "J.C." |
| 4 | OSCAR ARNALDO TORRES | January 19, 2016 | Account number ending in 7417 issued in the name of "J.C." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

As early as in or around December 2015, through on or about January 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JOSE RICARDO TORRES
and OSCAR ARNALDO TORRES,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that a controlled substance involved in the conspiracy attributable to **JOSE RICARDO TORRES** and **OSCAR ARNALDO TORRES** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

It is further alleged that a controlled substance involved in the conspiracy attributable to **JOSE RICARDO TORRES** and **OSCAR ARNALDO TORRES** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

## COUNT 6
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about January 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

### OSCAR ARNALDO TORRES,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it if further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## COUNT 7
### Forcibly Assaulting a Federal Officer Using a Deadly Weapon
### (18 U.S.C. § 111(a)(1) and (b))

On or about January 19, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**OSCAR ARNALDO TORRES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "S.M.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, a sworn task force officer with the United States Department of Treasury, Internal Revenue Service, while "S.M." was engaged in and on account of the performance of his official duties, and in the commission of the offense did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America: a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. Upon conviction of any violations of Title 21, United States Code, Sections 841 and/or 846, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States all of his right, title and interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

TYLER J. JETT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOSE RICARDO TORRES and OSCAR ARNALDO TORRES | |
| Defendants._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|---|---|---|
| X | Miami | ____ | Key West | | Number of New Defendants | ____ |
| ____ | FTL | ____ | WPB | ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take   4-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | I   | 0 to 5 days       | x   | Petty    | ____ |
   |-----|-------------------|-----|----------|------|
   | II  | 6 to 10 days      | ____| Minor    | ____ |
   | III | 11 to 20 days     | ____| Misdem.  | ____ |
   | IV  | 21 to 60 days     | ____| Felony   | x    |
   | V   | 61 days and over  | ____|          |      |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   16-MJ-02125-GARBER
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   Oscar Arnaldo Torres – In Miami-Dade custody since 01/19/2016
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   x  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   x   No

_____
TYLER J. JETT
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502168

*Penalty Sheet(s) attached                                       REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSE RICARDO TORRES

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Count #: 2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Counts #: 3-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

Count #: 5

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** OSCAR ARNALDO TORRES

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Count #: 2

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Counts #: 3-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

Count #: 5

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 Years of Imprisonment

Count #: 6

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 Years of Imprisonment

Count #: 7

Forcibly Assaulting a Federal Officer Using a Deadly Weapon

Title 18, United States Code, Section 111(a)(1) and (b)

**\*Max. Penalty:** 20 Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**