UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20097-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE RICARDO TORRES, and
OSCAR ARNALDO TORRES,

    Defendants.
_____/

## ORDER SETTING TRIAL DATE

IT IS ORDERED, ADJUDGED and DECREED as follows:

The above-styled case is hereby set for trial at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida, for the two-week trial period commencing **June 6, 2016 at 9:00 a.m.**

## NOTICE REGARDING SPEEDY TRIAL ACT, 18 U.S.C. §3161:

Pursuant to the Speedy Trial Act, Defendant(s)'s trial must commence within seventy (70) days of the filing date of the information or indictment, or from the date of Defendant(s)'s first appearance before a judicial officer of this Court, whichever date last occurs. Accordingly,

**ALL PARTIES SHALL TAKE NOTICE THAT THE SCHEDULED TRIAL DATE IN THE ABOVE-STYLED CASE MAY BE SET BEYOND THE TIME LIMITS OF THE SPEEDY TRIAL ACT. THE COURT SHALL DEEM SPEEDY TRIAL TO BE WAIVED UNLESS THE PARTIES OTHERWISE NOTIFY THE COURT WITHIN TEN**

**(10) DAYS AFTER RECEIPT OF THIS ORDER, OR WITHIN TEN (10) DAYS OF DEFENDANT(S)'S COUNSEL'S ENTRY OF AN APPEARANCE IN THIS CASE (WHICHEVER IS LATER), THAT THEY OBJECT TO THIS TRIAL DATE AND INSIST, IN WRITING, ON A TRIAL DATE WITHIN THE SPEEDY TRIAL ACT DEADLINES.**

### NOTICE REGARDING LOCAL RULE 88.5:

Under Rule 88.5 of the Local Rules of the United States District Court for the Southern District of Florida **it is the duty of counsel** to provide the Court with written reports setting forth the speedy trial status of each case pending before the Court. The first of such reports is due within twenty-one (21) days after arraignment and reports are subsequently due every twenty-one (21) days thereafter until trial or plea of guilty or nolo contendere. The reports shall set forth as to each Defendant a concise statement of:

(a) All excludable time as recorded on the docket on which there is agreement, including the applicable statutes. Such agreement shall be conclusive as between the parties, unless it has no basis in fact or law.

(b) All excludable time as recorded on the docket on which there is conflict, including the applicable statutes or law.

(c) Computation of the gross time, excludable time, net time remaining, and the final date upon which the defendant can be tried in compliance with the Speedy Trial Plan of this Court.

(d) Any agreement by the parties as to excludable time which exceeds the amount recorded on the docket shall have no effect unless approved by the Court.

2

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial such as pending motions, scheduling of out-of-town witnesses, request for continuances, etc., have been ruled upon, the court hereby schedules a calendar call for **June 2, 2016, at 2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. **The U.S. Marshal shall have all Defendants in custody present in court at the 2:00 p.m. commencement of this calendar call. Defendants on bond will be required to be present with their counsel at this calendar call.**

Should the defendant wish to enter a plea of guilty and not proceed to trial, this matter will be heard at the calendar call. Both counsel and defendant shall be prepared to go forward with a change of plea hearing at that time. **PLEASE NOTE: Qualification for Acceptance of Responsibility is jeopardized if an intention to enter a plea of guilty is not announced at or before the calendar call noted above.** *See* U.S. Sentencing Guidelines Manual § 3E1.1 cmt. nn.1(h) & 6 (2004) ("to qualify under subsection (b), the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently.").

The Assistant United States Attorney shall notify defense counsel and each defendant of this trial date as soon as each defendant is arrested and obtains counsel.

## NOTICE REGARDING TRIAL CONFLICTS:

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the services of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of February, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**Tyler J. Jett**
U.S. Department of Justice
U.S. Secret Service - SAUSA
99 NE 4th St.
6th Floor
Major Crimes Section
Miami, FL 33132
305-961-9241
Fax: 305-530-7976
Email: tyler.jett@usdoj.gov
**_Counsel for Plaintiff_**

**Noticing FPD-MIA**
305.530.7000
Email: MIA_ECF@FD.org
Email: mdl@sinclairlouis.com
*__Counsel for Defendant__*

Pretrial Services
U.S. Marshal