IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20097-CR-JLK

UNITED STATES OF AMERICA

v.

JOSE TORRES,

    Defendant.
_____/

## MOTION FOR CHANGE OF ADDRESS

    COMES NOW, the Defendant, JOSE TORRES, by and through his undersigned attorney and requests this Honorable Court to modify the conditions of his Pretrial Release to allow him to change his address to 448 NW 15th Way, Fort Lauderdale, FL 33311 and as grounds would state the following:

    1.  That the Defendant is currently residing at 18335 Collins Ave. Apt #255, Sunny Isles, Florida 33160 and has lived there for a matter of weeks.

    2.  The Defendant has been doing his best to maintain a stable residence with his daughter, his girlfriend and his mother. As a result of the Defendants arrest in this case, his financial circumstances have changed and he was no longer able to afford his residence from when this case began. When the Defendant moved to 18335 Collins Ave., Apt. 116, North Miami Beach, Florida 33160 [DE 30], he signed a "month to month" lease. Because he did not sign a year-long lease, his landlord moved him to a new unit, Apt #255. When this happened, the Defendant made reasonable efforts to find a more permanent living situation.

    3.  The fruits of the Defendant's efforts found a more permanent solution and the Defendant's new residence is 448 NW 15th Way, Fort Lauderdale, FL 33311.

    4.  The undersigned attorney has contacted counsel for the government, Tyler Jett and he has no objection to the Defendant changing his address.

WHEREFORE, the Defendant, JOSE TORRES, respectfully requests this Honorable Court to modify the conditions of bond to allow the Defendant to reside at a new address, to wit: 448 NW 15th Way, Fort Lauderdale, FL 33311.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR JOSE TORRES
ONE EAST BROWARD BLVD.
SUITE 925
WELLS FARGO BANK TOWER
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894
Jfriedmanlawfirm@gmail.com

/s/ *Jonathan S. Friedman*
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2016, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, Department of Justice, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/s/ *Jonathan S. Friedman*
JONATHAN S. FRIEDMAN, ESQ.