UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20097-CR-KING

**UNITED STATES OF AMERICA**

vs.

**OSCAR ARNALDO TORRES,**

    **Defendant.**

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by and through the undersigned Special Assistant United States Attorney, hereby files this Unopposed Motion for Continuance of Sentencing and in support thereof states as follows:

1. Defendant Oscar Arnaldo Torres is scheduled to be sentenced on November 1, 2016.

2. Co-Defendant Jose Ricardo Torres is scheduled to be sentenced on November 2, 2016.

3. The United States has subpoenaed co-defendant Jose Ricardo Torres to testify at the sentencing hearing of Defendant Oscar Arnaldo Torres on November 1, 2016.

4. Counsel for co-defendant Jose Ricardo Torres, Mr. Jonathan Friedman, notified the undersigned that he is set for an oral argument before Florida's Fourth District Court of Appeal in West Palm Beach, Florida on November 1, 2016.  Mr. Friedman further requested, since his client was subpoenaed to testify on November 1, 2016 prior to being sentenced on November 2, 2016, that the sentencing hearing of Oscar Arnaldo Torres be re-scheduled so that he could be present in Court when his client testifies.

5. At the sentencing hearing of both defendants in this case, the United States will call Miami-Dade Police Department Detectives Sebastian Monros and Adrian Barazal as witnesses.

6. If the sentencing hearing of defendant Oscar Arnaldo Torres were re-scheduled to November 2, 2016, the same date as the sentencing hearing of co-defendant Jose Ricardo Torres, all witnesses would be available to testify and would allow Mr. Friedman to be present while his client testifies.

7. The undersigned has conferred with counsel for Oscar Arnaldo Torres, Mr. Peter Heller, and Mr. Friedman, who advise that they have no objections to the granting of this motion.

WHEREFORE, the Court should grant this motion and continue the sentencing hearing of Oscar Arnaldo Torres to November 2, 2016, or in the alternative, the Court should continue the sentencing hearing of Oscar Arnaldo Torres to a later date that would allow Mr. Friedman to be present while his client is testifying.

Respectfully submitted,
WIFREDO A FERRER
UNITED STATES ATTORNEY

By: /s/ Tyler J. Jett
Tyler J. Jett
Special Assistant United States Attorney
Court ID No. A5502168
JLK Federal Justice Building
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone:   305-961-92414
Facsimile:   305-536-4699
Email:   Tyler.Jett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016, I electronically filed the foregoing document with the Clerk of the Court and served all counsel of record using CM/ECF. I also certify that a copy of the foregoing has been submitted via electronic mail to the Court and to defense counsel.

*/s/ Tyler J. Jett*
Tyler J. Jett